NUMBER 13-06-567-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


FRANZ ALEXANDER DUNSHIRN, Appellant,


v.


THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from County Court at Law No. 4


 of Travis County, Texas

_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Opinion Per Curiam



 Appellant, FRANZ ALEXANDER DUNSHIRN, attempted to perfect an appeal
from a judgment entered by the County Court at Law No. 4 District Court of Travis
County, Texas. On September 25, 2006, the trial court granted appellant's motion
for new trial.

 The Court, having examined and fully considered the documents on file and the
trial court's order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Do not publish. Tex. R. App. P. 47.3.

Memorandum Opinion delivered and filed this

the 1st day of March, 2007.